PENGUIN GROUP (USA) INC., Appellant, v AMERICAN BUDDHA, Respondent.

Decided February 10, 2011

*See* 609 F3d 30.

On the Court's own motion, reargument granted and, upon reargument, motion by Public Citizen for leave to file a brief amicus curiae and to participate in oral argument on consideration of the certified question herein granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE BONILLA, Appellant.

Submitted January 18, 2011; decided February 10, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMITH, Appellant.

Submitted January 18, 2011; decided February 10, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.